People of the State of Illinois, Plaintiff-Appellee, v. Joseph J. Neary, Defendant-Appellant.

Gen. No. 53,085.

First District, Second Division.

April 8, 1969.

Bernard B. Brody and William J. Nellis, of Chicago (William J. Nellis, of counsel), for appellant; John J. Stamos, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Theodore A. Shapero, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE BURKE. Not to be published in full.